Chicago Savings and Loan Association, an Illinois Corporation, Appellee, v. Paul V. Byrne, Jr. and Jean C. Byrne, his wife, Appellants.

Gen. No. 47,785. 

First District, Second Division.

February 16, 1960.

Released for publication March 29, 1960.

Charles Marino and Joseph Keig, Sr., for defendants-appellants; Tage Joranson, for plaintiff-appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.